UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL DARIO TREVINO,                           **INDICTMENT**
DOLORES RACHEL LOPEZ,
DANIEL VERNELL CORBIN, and
DANIEL LEE BACHELDER,

    Defendants.
_____/

    The Grand Jury charges:

## COUNT 1
(Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Marijuana)

    From in or about 2010 until in or about May 2016, in Ingham and Kent Counties, in the Southern Division of the Western District of Michigan and elsewhere, the defendants,

**DANIEL DARIO TREVINO,
DOLORES RACHEL LOPEZ,
DANIEL VERNELL CORBIN, and
DANIEL LEE BACHELDER,**

did combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally manufacture, distribute, and possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

    With respect to DANIEL DARIO TREVINO, the Grand Jury alleges that the amount of controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 100 kilograms or

more of a mixture or substance containing a detectable amount of marijuana or 100 or more marijuana plants.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vii)
21 U.S.C. § 841(b)(1)(D)

# COUNT 2
(Maintaining a Drug-Involved Premises)

On or about October 30, 2013, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

**DANIEL DARIO TREVINO,**

did knowingly open, lease, rent, use, and maintain a place at 6701 Old 28th Street, Grand Rapids, Michigan, for the purpose of manufacturing and distributing and using marijuana, a Schedule I controlled substance.

21 U.S.C. § 856(a)(1)
21 U.S.C. § 856(b)

## COUNT 3
(Manufacture of Marijuana)

On or about May 21, 2014, in Ingham County, in the Southern Division of the Western District of Michigan, the defendants,

**DANIEL DARIO TREVINO and
DANIEL VERNELL CORBIN,**

did knowingly and intentionally manufacture marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)

## COUNT 4
(Possession with Intent to Distribute Marijuana)

On or about May 21, 2014, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**DANIEL DARIO TREVINO,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)

# COUNT 5
(Manufacture of Marijuana)

On or about May 3, 2016, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**DANIEL DARIO TREVINO,**

did knowingly and intentionally manufacture 100 or more marijuana plants, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vii)

# COUNT 6
(Maintaining a Drug-Involved Premises)

On or about May 3, 2016, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**DANIEL DARIO TREVINO,**

did knowingly open, lease, rent, use, and maintain a place at 1523 S. Cedar Street, Lansing, Michigan, for the purpose of manufacturing and distributing and using marijuana, a Schedule I controlled substance.

21 U.S.C. § 856(a)(1)
21 U.S.C. § 856(b)

# COUNT 7
(Maintaining a Drug-Involved Premises)

On or about May 3, 2016, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**DANIEL DARIO TREVINO,**

did knowingly open, lease, rent, use, and maintain a place at 611 Maplehill Avenue, Lansing, Michigan, for the purpose of manufacturing and distributing and using marijuana, a Schedule I controlled substance.

21 U.S.C. § 856(a)(1)
21 U.S.C. § 856(b)

# COUNT 8
(Maintaining a Drug-Involved Premises)

On or about May 3, 2016, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**DANIEL DARIO TREVINO,**

did knowingly open, lease, rent, use, and maintain a place at 3308 S. Cedar Street, Lansing, Michigan, for the purpose of manufacturing and distributing and using marijuana, a Schedule I controlled substance.

21 U.S.C. § 856(a)(1)
21 U.S.C. § 856(b)

## COUNT 9
(Possession with Intent to Distribute Marijuana)

On or about May 3, 2016, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

**DANIEL VERNELL CORBIN,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
JOEL S. FAUSON
Assistant United States Attorney