UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL DARIO TREVINO,
DANIEL VERNELL CORBIN, and
DANIEL LEE BACHELDER,

    Defendants.
_____/

Case No. 1:18-cr-166

Hon. Paul L. Maloney
United States District Judge

## **GOVERNMENT'S MOTION IN LIMINE REGARDING PROSPECTIVE DEFENSES**

The United States of America, by and through its counsel, Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Joel S. Fauson, Assistant United States Attorney, respectfully asks this Court to issue an order that precludes testimony, evidence, and argument asserting or suggesting, as a full or partial defense, any of the following: 1) medical necessity; 2) compliance with the Michigan Medical Marijuana Act; 3) subjective belief by any defendant that his or her conduct was lawful or that they were advised by an attorney that their conduct was lawful; 4) entrapment by estoppel; and, 5) jury nullification. A brief accompanies this motion.

        Respectfully submitted,

        ANDREW BYERLY BIRGE
        United States Attorney

Dated: October 15, 2018
        /s/ Joel S. Fauson
        JOEL S. FAUSON
        Assistant United States Attorney
        P.O. Box 208
        Grand Rapids, MI 49501-0208
        (616) 456-2404