UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br>    Plaintiff, | File No. 1:18-cr-166 |
| v. | Hon. Paul L. Maloney<br>U.S. District Court Judge |
| Daniel Dario Trevino (D-1),<br>    Defendant. | |

_____/

## **BRIEF IN SUPPORT OF DEFENDANT DANIEL TREVINO'S (D-1) MOTION TO DISMISS FOR FIRST AMENDMENT AND FOURTEENTH AMENDMENT VIOLATIONS**

Attachment 3 – Sample pages from JNET reports in 2011 with prosecution referrals to the Michigan Attorney General's Office and the United States Attorney's Office

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 08, 2011 | INCIDENT NO.<br>JNT-0000161-11 |
| --- | --- | --- |
| SUPPLEMENTAL INCIDENT<br>REPORT 0003 | SUPPLEMENTARY DATE<br>Thu, Sep 29, 2011 | FILE CLASS<br>35001 |

| INCIDENT STATUS |
| --- |
| Open |

## Dangerous Drugs

**JOURNAL:**
None

**SUMMARY:**
Based on multiple controlled purchases of marijuana at Danny Trevino's Hydro World, located at 834 N West Ave, I drafted a search warrant for the premises. After the warrant was signed, it was executed shortly after 12:00 pm on 9-29-11. I assisted by attempting interviews on those present at the time, as well as seizing property.

**ARRIVAL ON SCENE:**
I entered the Danny Trevino's Hydro World as though I was to purchase marijuana. Once I was granted access into the back room, other officers entered and announced we had a search warrant for the premises. I made contact with the one employee who was working at Hydro World, Christian Brown. There were no customers in the lobby at the time the warrant was executed.

**DATE/TIME/VENUE:**
Thursday, September 29th, 2011. Approximately 12:00 pm
834 N West Ave, Jackson MI 49201
City of Jackson, Jackson County
State of Michigan

**SUSPECT:**
NAM: CHRISTIAN LAROY BROWN

| | | | |
| --- | --- | --- | --- |
| NBR: 23497 | DIR: | RAC: B | ETH: |
| STR: PARK PLACE | | SEX: M | OPS: MI/ |
| SFX: DRIVE | | DOB: | SSN: |
| CTY: SOUTHFIELD | ST: MI | HGT: 5'10" | SID: MI/ |
| TXH: | ZIP: 48033 | WGT: 200 | FBI: |
| TXW: | | HAI: BLK | MNU: |
| | | EYE: BRO | PRN: |

**SEARCH WARRANT APPROVED:**
D/Sgt Pelletier prepared the Search Warrant and Affidavit for the address of 834 N. West Ave. The Search Warrant and Affidavit were reviewed and approved by William A Rollstin, First assistant of the Michigan Department of the Attorney General.

**SEARCH WARRANT ISSUED:**
Following the prosecutor's approval, the Affidavit was presented to Judge Klaeren of the 12th District Court. Upon review and approval by Judge Klaeren, the undersigned swore to the facts and the Search Warrant was signed and ordered by the Judge at approximately 9-29-2011 at approximately 8:30 am.

| PAGE<br>1 of 13 | INVESTIGATED BY<br>D/SGT TODD C PELLETIER #332 | REPORTED BY | REVIEWED BY |
| --- | --- | --- | --- |

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 08, 2011 | INCIDENT NO.<br>JNT-0000161-11 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0004 | SUPPLEMENTARY DATE<br>Mon, Sep 10, 2012 | FILE CLASS<br>35001 |

**INCIDENT STATUS**
Open

## Dangerous Drugs

### JOURNAL:

| Date | Name | Entry |
|---|---|---|
| 10/3/11 | Cook | Initial review - pends review by Attorney General Office |
| 11/9/11 | Bradley | Report & externals faxed to Attorney General<br>Report emailed to D/Lt. Lynde @ Tri County |
| 11/14/12 | Cook | Reviewed - pends Attorney General review |
| 2/23/12 | Cook | Reviewed - pends Attorney General review |
| 3/28/12 | Bradley | Emailed report to Chris Scott @ his request |
| 4/5/12 | Cook | Reviewed - pends AG office for review |
| 5/10/12 | Cook | Reviewed - pends AG office for review |
| 7/25/12 | Cook | Reviewed - pends AG office for charges |

### PROPERTY TURNED OVER TO TRI COUNTY:
On 9/9/12, Item #49-50 (computers) was released to Tri County - receipt attached.

### STATUS:
Open

| PAGE<br>1 of 1 | INVESTIGATED BY<br>D/LT DAVID COOK #024 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 08, 2011 | INCIDENT NO.<br>JNT-0000161-11 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0005 | SUPPLEMENTARY DATE<br>Wed, Oct 10, 2012 | FILE CLASS<br>35001 |

INCIDENT STATUS
Open

# Dangerous Drugs

### JOURNAL:
9/17/12   Cook   Reviewed - pends AG review - charges

### FORFEITED MONEY:
On 10/9/12, the below listed items were retained after being administratively forfeited. The AICS receipts for all items of money were signed by the JNET Board Chairman. All money was deposited into the JNET Administrative Account by D/Lt. Cook - receipt signed and attached.

| Item | Amount | Receipt |
|---|---|---|
| Item #30 | $70 | F1113461 |
| Item #31 | $10 | F1113462 |
| Item #33 | $2881 | F1113463 |
| Item #36 | $1850 | F1113464 |
| Item #39 | $50 | F1113465 |
| Item #56 | $556 | F1113466 |
| Item #57 | $75 | F1113467 |

### STATUS:
Open, pends AG review/charges

| PAGE<br>1 of 1 | INVESTIGATED BY<br>D/LT DAVID COOK #024 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0006 | Thu, Sep 08, 2011 | JNT-0000161-11 |
| | SUPPLEMENTARY DATE | FILE CLASS |
| | Fri, Apr 12, 2013 | 35001 |

INCIDENT STATUS
Open

## Dangerous Drugs

**JOURNAL:**

| | | |
|---|---|---|
| 10/11/12 | Cook | Reviewed pends at AG. |
| 10/18/12 | Pelletier | Corbin bound over for trial. |
| 10/20/12 | Bradley | Lab report, Item# 2-3 enclosed, copy sent/emailed to PAO. |
| 12/11/12 | Bahlau | Reviewed pends court, requested Tonya to check court computer & update. |
| 12/12/12 | Rod | Bound over to circuit court with Judge McBain, no court dates set. Corbin plead not guilty on 12/17/12 with Judge McBain. |
| 2/4/13 | Rod | Pre-trial set for 12/28/12, reset for 1/11/13, reset for 2/9/13 with Judge McBain. |
| 2/4/13 | Bahlau | Reviewed pends court. |
| 2/20/13 | Rod | Held pre-trial on 2/19/13, court set for jury trial on 4/10/13 with Judge McBain. |
| 3/19/13 | Rod | Sent lab Item #2-3 to AG Office per request of Paul Cusick by email. |
| 4/10/13 | Pelletier | Corbin found not guilty. |

**COURT INFO - CORBIN:**
On 4/10/13, Jonathan Corbin appeared before Judge McBain in the 4th Circuit Court for a jury trial and was found not guilty of **CNTR SUB DEL/MANUF.**

Attorney Green represented Corbin and AG Prosecutor John Cusick represented the People.

**STATUS:**
Open.

| PAGE 1 of 1 | INVESTIGATED BY D/LT DAVID COOK #024 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 08, 2011 | INCIDENT NO.<br>JNT-0000161-11 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0007 | SUPPLEMENTARY DATE<br>Mon, Apr 15, 2013 | FILE CLASS<br>35001 |

INCIDENT STATUS
Open

## Dangerous Drugs

### JOURNAL:
4/12/13   Cook   Reviewed pends further review by PAO on possible charges against Dr. Procter.

### PROPERTY DESTRUCTION:
Item (s) #41-46 was/were destroyed on 4/15/13 per MSP Official Orders by D/Lt. Jaime Corona and witnessed by D/Lt. David Cook by incineration at the JNET Office - Jackson, MI.

### STATUS:
Open.

| PAGE<br>1 of 1 | INVESTIGATED BY<br>D/LT DAVID COOK #024 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Thu, Sep 08, 2011 | INCIDENT NO.<br>JNT-0000161-11 |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0009 | SUPPLEMENTARY DATE<br>Thu, Dec 19, 2013 | FILE CLASS<br>35001 |

| INCIDENT STATUS |
|---|
| Open |

## Dangerous Drugs

**JOURNAL:**

| 6/12/13 | Bahlau | Reviewed Corbin acquitted on all charges, Hold all evidence for future charges. |
| 8/14/13 | Cook | Reviewed pends possible charges by Jackson County Prosecutor Office. |
| 10/21/13 | Cook | Reviewed pends at PAO. |
| 12/18/13 | Cook | Reviewed still pends at PAO, AG at Tri-County investigation. |

**STATUS:**
Open.

| PAGE<br>1 of 1 | INVESTIGATED BY<br>D/LT DAVID COOK #024 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| STATE OF MICHIGAN JUDICIAL DISTRICT | AFFIDAVIT FOR SEARCH WARRANT | CASE NO. |
|---|---|---|

17. Affiant knows from training that part of the Michigan Medical Marijuana law requires that a $100.00 fee be paid to the State of Michigan at the time of registration. Affiant is also aware that part of the law requires a potential medical marihuana patient to have a relationship with the doctor who completes the Michigan Medical Marijuana Registry paperwork.

18. Affiant has learned that many business/homes utilize electronic monitoring and recording devices to aid in site security. This is especially true in cases where the occupants may be in possession of US currency and drugs as this makes them a likely target for thefts and robberies.

19. Affiant knows from training and experience that dealers and co-conspirators involved in the sale and use of drugs often utilize vehicles to store and/or transport narcotics, money, paperwork, and paraphernalia.

20. Affiant knows from training and experience that dealers and co-conspirators involved in the sale and use of drugs often utilize safes, lockboxes, or similar devices to protect paperwork, narcotics and/or moneys.

21. Affiant has learned from this investigation that Hydroworld requires patrons to sign in upon entering. These daily logs are kept for records and, as on one occasion, used as a reference when determining how much time has passed in an application process.

22. Because this is an ongoing investigation, the Affiant requests this Court to seal this affidavit for 56 days pursuant to MCL 780.651(8).

Based upon the foregoing information, Affiant believes that there is probable cause to believe the items sought to be seized will be located at 834 N West Ave, County of Jackson, and State of Michigan.

JNT 161-11

This affidavit consists of: 5 pages.

Review on: 09-28-2011

By: William A. Rollstin-P40771
First Assistant
Michigan Department of the Attorney General
Prosecuting Official

Affiant / Detective Sergeant Todd Pelletier

Subscribed and sworn before me on: 9-29-11

Judge/Magistrate P32163