UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN

United States of America,                          File No. 1:18-cr-166
      Plaintiff,

      v.                                          Hon. Paul L. Maloney
                                              U.S. District Court Judge

Daniel Dario Trevino (D-1),
      Defendant.
_____/

**<u>BRIEF IN SUPPORT OF DEFENDANT DANIEL TREVINO'S (D-1) MOTION TO DISMISS FOR FIRST AMENDMENT AND FOURTEENTH AMENDMENT VIOLATIONS</u>**

Attachment 5 – JNET report of July 1, 2013 documenting seizing of sign and referrals to Michigan Attorney General and United States Attorney's Office

Prop 0097 - Desc: ONE MSP HEATSEAL CONTAINING TWO CAPITOL LOCK AND SAFE INC BUSINESS CARDS  Type: Miscellaneous
Obtained From: 800 WILDWOOD AVE
Jackson MI 49201
Jackson County  At or Near: WEST AVE
TREVINO, ON HIS PERSON

Prop 0098 - Desc: ONE MSP HEATSEAL CONTAINING ONE SET OF KEYS  Type: Miscellaneous
Obtained From: 800 WILDWOOD AVE
Jackson MI 49201
Jackson County  At or Near: WEST AVE
TREVINO, ON HIS PERSON

Prop 0099 - Type: Keepsake & Collectible  Qty: 1  Article Type: Print  Brand: Brother  Model: TN-115BK
Value: $50.00  FORFEITURE
Descrp: ONE BROTHER BRAND TONER  CARTRIDGE, MODEL #TN-115BK.
Obtained From: 800 WILDWOOD AVE
Jackson MI 49201
Jackson County  At or Near: WEST AVE
OFFICE AREA, ON THE DESK

Prop 0100 - Desc: ONE HYDROCOLLEGE METAL SIGN  Type: Miscellaneous  FORFEITURE
Obtained From: 800 WILDWOOD AVE
Jackson MI    49201
Jackson County  At or Near: WEST AVE
LOBBY AREA

Prop 0101 - Desc: ONE MSP HEATSEAL CONTAINING PAPERWORK AND ZIPLOC BAGGIES WITH SUSPECTED MARIJUANA RESIDUE.  Type: Miscellaneous
Obtained From: 800 WILDWOOD AVE
Jackson MI 49201
Jackson County  At or Near: WEST AVE
MAIN OFFICE, ON WEST DESK

Prop 0102 - Type: Tool  Qty: 1  Article Type: Scales  Value: $20.00  FORFEITURE
Descrp: ONE MSP HEATSEAL CONTAINING ONE US BALANCE DIGITAL SCALE MODEL #USTT1000.
Obtained From: 800 WILDWOOD AVE
Jackson
Jackson County  At or Near: HYDROWORLD
BUD ROOM, ON BUD COUNTER

**Michigan Department of State Police**

**SUPPLEMENTAL INCIDENT REPORT 0004**

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Mon, Jul 01, 2013 | JNT-0000097-13 |
| SUPPLEMENTARY DATE | FILE CLASS |
| Mon, Jan 06, 2014 | 35001 |

INCIDENT STATUS
Open

# DELIVERY OF MARIJUANA

## JOURNAL:

| | | |
|---|---|---|
| 8/19/13 | Bahlau | Reviewed original and Supp. #1 & 2. |
| 8/21/13 | Rod | Item #1 went to the labs on 8/21/13 by D/Lt. Cook. |
| 9/30/13 | Cook | Reviewed Items #39, S1 & S2 to the lab by D/Lt. Cook. Item #1 went to the lab on 9/30/13 by D/Lt. Cook. |
| 10/15/13 | Cook | Reviewed pends lab. |
| 11/1/13 | Rod | Item # 1 back from the lab on this date, tested positive for marijuana, file to OIC. |
| 11/26/13 | Rod | Item #1 returned from lab on 11/21/13 by D/Lt. Cook. |
| 12/30/13 | Teachout | Case open pending decision from AG office reference prosecution with Tri-County's case. |

## STATUS:
Open.

**Michigan Department of State Police**

**SUPPLEMENTAL INCIDENT REPORT 0005**

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Mon, Jul 01, 2013 | JNT-0000097-13 |
| SUPPLEMENTARY DATE | FILE CLASS |
| Mon, Mar 03, 2014 | 35001 |

INCIDENT STATUS
Open

# DELIVERY OF MARIJUANA

## JOURNAL:

| | | |
|---|---|---|
| 01-09-2014 | Cook | Rev pends A.G. rev |
| 02-14-2014 | Rod | On this date, labs back item #39 not analyzed, item #51 tested positive for dihdrocodeinone, item #52 no cont subs. detected, file to OIC |
| 03-14-2014 | Rod | Items #39, 51, 52 returned from the lab on 02-28-14 by D/LT. COOK |

## INFORMATION:

Supplemental report #5 was pulled this date to change TREVINO, BERKEYPYLE, BACHELDER, LOVING, and ARCAUTE from "suspect" to "arrested" in AICS. Pends warrant authorization, finger prints, and photographs for above listed subjects.

## ARREST:

NAM: DANIEL DARIO TREVINO

| | | | | |
|---|---|---|---|---|
| | | | RAC: U | ETH: H |
| NBR: 700 | DIR: W | | SEX: M | OPS: MI/ |
| STR: BARNES | | | DOB: | SSN: |
| SFX: ROAD | | | HGT: 5'07" | SID: MI |
| CTY: LANSING | | ST: MI | WGT: 180 | FBI: |
| TXH: (517)999-3012 | | ZIP: 48910 | HAI: BLK | MNU: |
| TXW: | | | EYE: BRO | PRN: |

CHARGE:
3563 CONT SUBST-DELIVERY/MANUF 5-45 KILOGRAMS OF MARIHUANA 333.7401
7771 CRIMINAL ENTERPRISES-CONSPIRACY 750.159i

## ARREST:

NAM: JOSHUA JAMES BERKEYPILE

| | | | | |
|---|---|---|---|---|
| | | | RAC: W | ETH: U |
| NBR: 231 | DIR: | | SEX: M | OPS: MI/ |
| STR: MICHIGAN | | | DOB: | SSN: |
| SFX: STREET | | | HGT: 5'05" | SID: |
| CTY: BROOKLYN | | ST: MI | WGT: 160 | FBI: |
| TXH: (517)937-4376 | | ZIP: 49230 | HAI: BLN | MNU: |
| TXW: | | | EYE: BLU | PRN: |

CHARGE:
3563 CONT SUBST-DELIVERY/MANUF 5-45 KILOGRAMS OF MARIHUANA 333.7401
7771 CRIMINAL ENTERPRISES-CONSPIRACY 750.159i

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Mon, Jul 01, 2013 | JNT-0000097-13 |
| SUPPLEMENTARY DATE | FILE CLASS |
| Mon, Dec 15, 2014 | 35001 |

INCIDENT STATUS
Inactive

# DELIVERY OF MARIJUANA

**JOURNAL:**

| 3/5/14 | Wolf | Reviewed Supp. #5 pends AG review. |
|---|---|---|
| 5/2/14 | Wolf | Reviewed pends AG review. |
| 7/1/14 | Wolf | Reviewed pends AG review. |
| 9/1/14 | Wolf | Reviewed pends AG review. |
| 10/31/14 | Wolf | Reviewed pends AG review. |
| 12/15/14 | Wolf | Reviewed pends AG review, note to Tonya to make inactive. |

**STATUS:**
Inactive, pends AG review.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 1 | D/LT DAVID COOK #024 | | |