UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN

United States of America,                 File No. 1:18-cr-166
    Plaintiff,

    v.                                  Hon. Paul L. Maloney
                                       U.S. District Court Judge

Daniel Dario Trevino (D-1),
    Defendant.
_____/

**BRIEF IN SUPPORT OF DEFENDANT DANIEL TREVINO'S (D-1) MOTION TO DISMISS FOR FIRST AMENDMENT AND FOURTEENTH AMENDMENT VIOLATIONS**

Attachment 6 – Leafly.com dispensary list March 22, 2015



https://www.leafly.com/finder/lansing-mi   Go

4 captures
3 Mar 2015 - 22 Feb 2019

FEB **MAR** FEB
◀ **22** ▶
2014 **2015** **2019**

▼ About this capture

# Marijuana Finder Lansing,MI

All      Dispensaries/Collectives

**20** of **5** results

List

Map

Specials

Advanced Filters ▽

Change Location

City ⌄

Best Match



Berkeley Patients Group

(73 Reviews)

MEDICAL   ATM   CREDIT CARDS   ADA

2366 San Pablo Ave
Berkeley, CA
510-540-6013

Leafly Ad

4 captures
3 Mar 2015 - 22 Feb 2019

FEB | MAR | FEB
◀ 22 ▶
2014 | 2015 | 2019

About this capture

### KIND

(21 Reviews)

MEDICAL

2201 E. Michigan Ave.
Lansing, MI
517-894-4741 or 517-348-6629 for the office

KINDness is contagious...

### First Class Wellness

(3 Reviews)

MEDICAL   ADA

4215 N. Grand River Avenue
Lansing, MI
517-580-4211

Value & Affordability

### Pure Options

(36 Reviews)

MEDICAL   ADA

6030 S. Pennsylvania Ave. Suite #8
Lansing, MI
(517) 721-1439

### Michigan Medical Marijuana Club

(1 Reviews)

4 captures
3 Mar 2015 - 22 Feb 2019

FEB | MAR | FEB
2014 | 22 2015 | 2019

About this capture

Suite B (Behind Payless)
Lansing, MI

The Herbal Connection
(2 Reviews)

MEDICAL    ATM

4314 S. Cedar St.
Lansing, MI
517-977-0511

Load More

©2015 Leafly All Rights Reserved

**CONTACT US**

Email
(855) 4-Leafly
Privacy Policy
Terms of Use
Commercial Terms of Use

**LEAFLY STORE**

Shop Leafly

**COMPANY**

About Us
Careers
Blog



Facebook

Twitter

Google+

Pinterest

Instagram

## NEWSLETTER SIGNUP

Sign Up

## RESOURCES

API

Brand Assets

Dispensary Log In / Sign Up

Doctor Log In / Sign Up

## DOWNLOAD THE APP

## SELECT LOCATION

United States

Canada - English

Canada - français

España

## RECENTLY ADDED STRAINS

Bhang Granddaddy Purple

Bhang Blackberry Kush

Bandana

Alpine Star

Juicy Jack

South Asian Sativa

## LEAFLY NEWS & CULTURE

New Strains Alert: Dream Lotus, Juicy Jack, Buffalo Bill, Silver Kush, and More
Friday, March 20, 2015







Menus    Locations    News    Contact

Documents

TO CHOOSE FROM

professional locations in Lansing, Michigan. Our original store is located off of S. Pennsylvania Ave. and Miller Rd. in South Lansing. The store is easily accessible from I-96 or US-127. The Northtown location in North Lansing is located off of N. Grand River Ave. across

from the Lansing International Airport and
easily accessible from the I-69 and I-96



pure
options

Menus ˅     Locations     News     Contact

Documents

*Logo-Lansing-Dispensary*



Menus    Locations    News    Contact

Documents

PRE-
MIUM
QUALITY

Our provisioning center locations have the largest and highest quality selection of medical marijuana products in the State of Michigan. Pure Options emphasizes premium quality and value in all our product offerings. We utilize a variety of

laboratories to test and inspect our products to assure qualified Michigan



Menus ⌄     Locations     News     Contact

Documents

Find
US
⌄



Menus    Locations    News    Contact

Documents

LANSING

that Lansing residents can be proud of. Come visit us today or contact us for more information on how we can assist you.
Hours: Monday – Saturday 11am-8pm and Sunday 12pm -5pm
Phone: (517) 721-1439
Email: ask@pureoptions.com



proud of. Come visit us today or contact us for more information on how we can assist

Home    Menus ⌄    Locations    News    Contact

Documents



# FOLLOW ALONG



2016 © Designed by The Search Doctors



WEEDMAPS  ·  LEAFLY



