UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN

| United States of America,<br>    Plaintiff, | File No. 1:18-cr-166 |
|---|---|
| v. | Hon. Paul L. Maloney<br>U.S. District Court Judge |
| Daniel Dario Trevino (D-1)<br>    Defendant. | |

| Joel S. Fauson | J. Nicholas Bostic P40653 |
|---|---|
| Assistant United States Attorney | Attorney for Defendant |
| P.O. Box 208 | 909 N. Washington Ave. |
| Grand Rapids, MI 49501-0208 | Lansing, MI 48906 |
| 616-456-2404 | 517-706-0132 |

## DEFENDANT TREVINO'S TRIAL BRIEF

Defendant Daniel Trevino submits the following trial brief addressing those legal issues which are apparent at this time:

1. <u>Drug Quantity</u>.

The Supreme Court held that the sentencing guidelines must be advisory to avoid a violation of the Sixth Amendment. ***United States v. Booker***, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). For those District Courts, however, that tend to apply the guideline ranges strictly, the loose treatment of a broad scope of conduct tends to increase a defendant's sentence without a jury making any determination. While the constitutional issue has been resolved, the practical problem remains. Defendant Trevino asserts that because the guidelines advise a higher sentence based upon certain thresholds of quantities of marihuana, the trial court should not allow assumptions about seized but untested quantities of "green, leafy material" and should not allow government witnesses to opine about the botanical make-up of any such material based on odor alone. While odor detected by a human or alerted to by a trained animal has been held to be

probable cause, it has never been held to establish proof beyond a reasonable doubt or a preponderance of the evidence.

    2.    <u>Use of law enforcement officers as fact witnesses and expert witnesses</u>.

There is a risk that a jury will view a police officer/expert's opinion as a fact when that witness also testifies as a fact witness. The Sixth Circuit has addressed this issue and requires a) a special instruction to the jury that cautions against the recognizes risks of giving improper weight before the testimony; b) a demarcation during the testimony of the fact portion and the opinion portion; and c) another instruction in the final charge. ***United States v. Lopez-Medina***, 461 F.3d. 724, 743-745 (6th Cir. 2006). Mr. Trevino asks the Court to preclude use of witnesses in a dual role unless the government demonstrates a compelling need to have the same witness provide both forms of testimony.

                                                              Respectfully submitted,

<u>8/11/2019</u>                                                <u>*/s/ J. Nicholas Bostic*</u>
                                                                J. Nicholas Bostic P40653
                                                                Attorney for Defendant Trevino