UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:18-cr-166

    HONORABLE PAUL L. MALONEY

DANIEL DARIO TREVINO,

    Defendant.
_____/

## ORDER DENYING MOTION TO WITHDRAW

In accordance with the Bench Opinion issued by the Court on August 12, 2019:

**IT IS HEREBY ORDERED** that Attorney J. Nicholas Bostic's motion to withdraw as counsel for Defendant Trevino (ECF No. 206) is DENIED; the Government's motion in limine regarding prospective defenses (ECF No. 64) is GRANTED; Defendant's motions to suppress #6 and #7 (ECF Nos. 169 and 172) are DISMISSED AS MOOT; and the Government's motion in limine on summary charts is TAKEN UNDER ADVISEMENT pending a hearing scheduled on August 15, 2019, at 2:00 p.m., for the reasons stated on the record

Dated: August 13, 2019                                                          /s/ Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                        United States District Judge