UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                              Case No. 1:18-cr-166-01

v.

                              HONORABLE PAUL L. MALONEY

DANIEL DARIO TREVINO,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS

In accordance with the Bench Opinion issued by the Court on August 1, 2019:

**IT IS HEREBY ORDERED** that the Defendant's motion to dismiss for First Amendment and Fourteenth Amendment violations (ECF No. 175) is DENIED for the reasons stated on the record.

Dated:  August 16, 2019                  /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge