UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 1:18-cr-166-01

v.

                                     HONORABLE PAUL L. MALONEY

DANIEL DARIO TREVINO,

    Defendant.

_____/

**ORDER GRANTING MOTION IN LIMINE ON SUMMARY CHARTS**

In accordance with the Bench Opinion issued by the Court on August 15, 2019:

**IT IS HEREBY ORDERED** that the Government's motion in limine on summary charts (ECF No. 179) is GRANTED for the reasons stated on the record.

**IT IS FURTHER ORDERED** that the Government's motion for leave to file a reply brief in support of its motion (ECF No. 211) is GRANTED.

Dated:  August 16, 2019                 /s/  Paul L. Maloney_____
                                      Paul L. Maloney
                                      United States District Judge