UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN

United States of America,                          File No. 1:18-cr-166
        Plaintiff,

        v.                                         Hon. Paul L. Maloney
                                                   U.S. District Court Judge

Daniel Dario Trevino (D-1)
        Defendant.                                 RESTRICTED ACCESS
_____/

DEFENDANT TREVINO'S SENTENCING MEMORANDUM – ATTACHMENT 1

Hon Judge Maloney                                      10/31/19

My name is Amy Yoder and I've known Danny Trevino since I was 17. We struggled a lot during the time we dated, We both had one alcoholic parent raising us so life was complicated for us. When we went our separate ways I got pregnant. My sons father didn't have anything to do with my child so Danny took over that role as the father.

Daniel is a very good person and has a heart of gold.. He is loved by the community because they know how caring he is.

I owe him my life and appreciate him. I'm very sick and have lupus. We are friends for life.
His 4 year old daughter needs him in her life just as much as he needs her. They are extremely close and she doesn't understand why she can't see him.

He's human and makes mistakes like we all do but he doesn't deserve to miss out on seeing his daughter grow up. Please understand our lives are are empty without him. Please don't take him away from us I understand the sentence can be severe but please find it in your heart to reduce it. Family is everything.

Sincerely

*Amy Yoder*

Amy Yoder

To whom this may concern;

My name is taylor barker. The mother of Daniel Trevino's daughter. I and Mr. Trevino have a 4 year old daughter, onahlea. My outlook on danny is always been good. Danny is a well knaw person in our community. A person that has changed a lot of peoples lives in a positive way. People look up to Danny. He is a very kind person. He would take his shirt off and give it to someone in need. Danny's name is A normal household name. When I heard about him being locked up it effeeted me. Not only me but our daughter onahlea. im faced with havin to explain to my daughter everytime she asks about her dad, where he is. It's not easy. My daughter crys at night not understanding why she cant see him. Shes 4 years old. A child, that has to grow up with out her father in her life im stuck explaining to her. im lost for words. As a mother its the hardest thing in the world to watch your daughter cry. Not having a explanat to give her. She doesnt understand.

I'm asking if you could please hear me out and know he has a baby girl that needs him in her life before you sentence him to so many years. I understand he is in trouble but I need help with our child. Our daughter needs him. All we can do is pray that she can have him back. Danny would never hurt anybody. He always is trying to help someone. He doesn't deserve to be locked up for all them years. My daughter don't ~~deserve~~ deserve this. I want to say thanks for reading my letter.

Taylor D. Barker

11-28-2019

November 5, 2019

Hon Judge Paul Maloney,

I am Danny Trevino's mother, Berta Garcia. I would like to share with you the following regarding my son. The son I know and love with my whole heart and soul. First of all, my son's faith in God has guided him all his life. Being I was raised by parents whose faith in God was strong, I instilled the same with my children. My parents taught us a strong faith, take one day at a time and God will get you through difficult times. My father, Danny's grandfather, passed away 3 years ago but his words live on in our family and all of my brothers and sisters. My mother, Danny's grandmother, is still with us but her mind is slipping but not her faith or prayers.

I too taught my children to pray and Danny has taught his little 4-year-old to pray too. Her prayers are "please God bring my papas home." She's having a difficult time because she doesn't understand what's happened. I'm sorry I'm all over the place but it's hard for me too. I can't grasp that my son is gone and might be gone for a very long time.

Let me go back to my son. Danny's father and I divorced when my son was 6 years old. At the young age of 12, Danny started working as a caddy at a country club making his own money. At 15 he got a job in a grocery store, then at 17 at a Hotel in downtown Lansing. Many jobs after that. My son has worked all his life. When he went to live with his alcoholic father his life changed. His father passed away alone in 2007.

My son is not a violent person, never has been. I did teach him to use his words to defend himself and he does that well. He has his GED and even got accepted into MSU. He dropped out wanting a college that wasn't so large with smaller class sizes. He enrolled in LCC. My son has some regrets dropping out of MSU.

I didn't mention that I have 10 brothers and sisters all with degrees. I retired from Consumers Energy as a supervisor. Besides Danny, I also have 2 daughters. My youngest has her PHD and my other daughter has her Masters in early childhood development. My father was never on any government assistance. He too worked hard all his life and he taught us to work hard. I too was never on any government assistance. We come from and have a very good, loving family. I felt I needed to share this because you don't know us and I didn't want you to think we aren't contributing to society. I take my voting responsibility seriously and so did my parents.

Danny Trevino, son, the father, the friend, the brother, is loved and missed so much. Please, I ask for compassion and mercy. I'm 70 years old and don't know what health issues are instore for me or if I will have memory problems like my mom. Helping to care for his daughter gives me real concern.

My son needs his family as much as his loved ones need and love him. Danny's little 4-year-old daughter needs her dad as much as he needs her. He is a good father, son and person.

Lastly, if you can find it in your heart to reduce the sentence, we would forever be so grateful.

Sincerely,

*Berta Garcia*

Berta Garcia

October 29, 2019

Dear Judge Maloney,

My name is Bo Garcia, and I am writing this character letter on behalf of my nephew Daniel Trevino.

I am his uncle and have known him all his life. Daniel has always been a compassionate person, even at an early age. Even though he grew up in a broken home, and became the "man of the house" at a very early age, Daniel always found ways to see the good in people, and worked very hard to express love and care for his family and friends. There was never a time that anyone ever felt they could not count on him for help - He has always been a kind and thoughtful person.

As an educator myself, I have worked with many students over the years, and have found so many similarities between these successful students and Daniel; passion, hardworking, kind, supportive and caring. He has so much potential within him, and so much to contribute. He has always had a very trusting nature about him, and a very empathetic and sympathetic soul. He is a kind person.

Daniel also has a beautiful, little four year old daughter, who adores and misses her "papis" immensely. Daniel taught her to pray, and she almost knows the "Hail Mary" in its entirety. He has always been a wonderful grandson, brother, nephew, and friend….Daniel has made mistakes – there is no doubt…we only plea for leniency. Leniency, and a chance for him to align his life with the purpose he was created for.

He will do it, he has it in him, we ask for leniency in sentencing. His mother, my sister, is 70 years old and has difficulty seeing at night. We plead for a facility as close to Lansing as possible, so that his mother and daughter can visit him as often as possible.

I understand your role and responsibility, and very much appreciate your position, and only ask for as much leniency as possible.

Thank you for your consideration,

Bo Garcia

Hon Paul Maloney

Daniel Trevino is my dad and my name is also Daniel Trevino. I am 22 years old.
I have always been able to count on my dad for help in whatever I needed but my dad
was like that with strangers.  My dad is well liked and respected. He is funny and loves
people.


We recently took classes at Lansing Community College on Automotive repair.  My Dad
wanted to start a car repair business. But I guess that's not happening any time soon.

Another thing you should know about my dad.  He taught us to pray when I was just a
few years old and when we talk to him now he still reminds us to pray.  He also taught
my little sister to pray.

My dad also taught us respect.  My dad was never allowed to disrespect my grandma
his mom.  It goes way back in the family too. Respect is big in Mexican families.
I too respect my dad and if I mess up he reminds me that I can't disrespect him.

My dad loves the Dallas Cowboys and they played sunday in Detroit.  My dad would
have been at the game for sure. His dad got him to love the cowboys. My grandpa
passed away about 12 years ago.

Finally I admire and respect my dad. He's a good man and I miss him.  My little sister is
4 years old and doesn't understand whats happened to her dad.  She just prays that God
will bring him from Newaygo.

Respectfully

Daniel Trevino

DATE; 10/8/2019

Dear Judge Maloney,

This letter is in regards to Daniel Trevino. He recently came before you in the Court of Law. My name is David Garcia. I retired from the Department of Corrections after 27 years. I was employed as a 13 Level Administrator. Mr. Trevino is my Nephew. During my 27 years I worked around many types of inmates from violent hard to manage offenders to respectable easy to manage inmates that treated me with respect. The easy to manage inmates are actually an asset to the department as they perform much of the physical labor in the facility. This is the category my Nephew Daniel would fit in. He was never a violent person. Always has a smile for family and friends.

He was raised by my sister to be a respectable man and he is all of that. He is an outstanding and loving father,son, brother and nephew. Family and friends all love Danny. Danny has a beautiful little 4 year old daughter who misses her father tremendously. My sister is 70 years and she also loves and misses her son tremendouslyl. My wife and I lost our son to Cancer in February of this year. We know the pain of having lost our son, and had flash backs when we became aware Danny might be going to prison.

Any efforts on your behalf to have a little mercy on Danny would be greatly appreciated. Please at the least keep him close to home so that his 4 year old daughter might be able to visit him and not forget her Dad whom she loves and misses tremendously. We his family are hard working honest people. My sister is 70 years old and this is taking a toll on her. Thank you your Honor for any efforts on your behalf. God Bless you and your family.

Sincerely David Garcia

Dear Honorable Judge Maloney,

I'm writing you today on behalf of Daniel Trevino. I've known Dan and his family for over 29 years. Dan is honest, compassionate, and a hardworking person. He is a man of strong character that is willing to jump in and help his friends and family whenever they are in need. Dan made a profound impact on my life at an early age. I was homeless and doing my best to stay in school when Dan learned of my circumstances. Dan persuaded his family to take me into a secure home where I was given the opportunity to finish school and learn the value of being a hardworking honest man.  I have countless stories of selfless acts Dan has performed over the years.

Please consider leniency when sentencing Dan. He has been such a positive impact on my life and the life of his children, sisters, mother and countless others. I assure you that Dan has the potential to renter society as a positive productive member.

Sincerely,

Eloy Sanchez

Harold Lee Blom
906 Oakridge Drive
Jackson Michigan 49203

October 9,2019

Re: Daniel Dario Trevino
Federal File 1:18-cr-166

To: The Honorable Judge Paul Maloney

Allow me to introduce myself, my name is Harold Blom, I am a 73 year old retired Child
Protective Services State Employee of 33 years.

I have known Danny Trevino and his family for over 28 years.  My wife has a large family in
comparison to my "nuclear family" growing up. It would be at these large family gatherings that
Danny's bright smile and gregarious personality would stand out. I always found him to be a fine
young ambitious man.
We were there when he opened his Hydroponic Growing Business which was to an old fart like
me a bit futuristic. It was a humble but promising little shop, and he couldn't be prouder.

In 2008 I was diagnosed with Prostate Cancer. I opted for radiation treatment.
42 treatments and I  began my second journey with cancer.

One day during a family gathering Danny spoke to me about the benefits of medical marijuana
and cancer. He gave me the information I needed to apply for my card.
Being raised in the 1960's you would think it would be like a duck to water, but it wasn't. It took
awhile before I was convinced that cannabis could help relieve the painful symptoms that comes
with cancer treatments.


Danny was very informative, never pushy. But he was right, there was relief and I will be
eternally grateful to him for being a good advocate.

I am asking for leniency for Danny In a personal and professional capacity.  In addition to his
two grown sons Danny has a 4 year old already at risk daughter.
She was essentially emotionally and physically abandoned by her mother at 3 days old, leaving
her in the care of her father and his 67 year old mother.
Although the mom is currently present and shares custody with Danny that dynamic changed
once again now that he is incarcerated.
 Nani is in the care of her grandmother and mother.
There is no consistency or emotional investment in the child's physical and emotional growth by
the mother.

This little girl needs to have some consistency in her life. Lack of maternal nurturing can result in emotional damage to this child.

I am marveled at the dedication and physical endurance of Nani's Grandma , but she is 70 years old.  To take her father away for a great period of time would make little Nani the true victim in this case.

I pray your Honor that if it is within your power to decide where Danny will be housed during his imprisonment that you will consider Milan Federal Correctional Facility and find it in your heart to reduce his sentence.

Sincerely

Harold Blom

11/19/2019

Hon Judge Paul Maloney,

I am Danny Trevino's Son Jesse Yoder I am not biologically his but he has been there for me sense day one and never left my side raising me as his own. He is the smartest bravest and most honest man I ever met and I am glad to call him my father. I hope this letter finds you in Good Spirit.  And you find it in your heart to give him the least amount in his sentence. I feel as if you will find it in your heart that he doesn't belong in there with so many things unclear. Judge Maloney I also ask if you can just watch some of his video visits that he has had sense being incarcerated so you can get your own judge of character before making your final decision. I also ask and hope that you can keep my father close so we can go visit him please. I also ask and hope that you allow me to go to see my father as well because I am not biologically his. Thank you in Advance and God Bless

Sincerely,

Jesse Yoder

TO WHOM IT MAY CONCERN,                                      11/ 09/2019

    My  name is Joe Trevino, Danny Trevino is my nephew..I would like the court to know what kind of person Danny really is..He grew up in Lansing around my children.We always treated him and his siblings like our own. He was and has always been very respectful and always with a smile on his face. He went thru some difficult times when his father moved out of the house but he always stayed positive and always trying to find ways to help his mother out. For not having a college education he took a chance on starting a business to support his children .I used to stop and visit just to make sure he was okay . He always welcomed me and my wife with his usual smile and a few wise cracks of course.( same Danny we've always known ) He then started growing Cannabis once it was voted on and approved by the public..

    He has shared of his 3 yr old baby girl and those two are inseparable. She does not understand why her daddy is not with her and she cries herself to sleep. If you can find it in your heart, please have leniency on Danny ..

    His baby needs him, his kids and his family need him !

Respectfully
Joe Trevino

Leo Atalla
2190 Iroquois Rd
Okemos, MI 48864

November 5, 2019

To the Honorable Judge Maloney,
My name is Leo Atalla. I'm writing you this letter with regards to my uncle, Danny Trevino.

Although he wasn't an uncle I was around all my life, he was always there when I needed him most. I wouldn't be the person I am today if it weren't for him and the motivational speeches he gave me here and there to get me through life's struggles. His advice got me through the toughest times of my life. During my somewhat depressive episode in middle school, he was there to tell me that things got better, and they did. I tried out for the football team this year, and the whole reason I made the cut was because of all of his football stories and pep talks he gave me over the summer. He is one of the kindest and wholehearted people I've ever met, and although the law may not say the same, I truly hope you consider my proposition. I'm writing this letter to you in hopes that you could relocate him to a jail closer to his family in Lansing. While he is away, his mother (my grandmother) is the primary caretaker of his four year old daughter, who misses him with all of her heart. And the thought that she'll have to grow up with a father 40 miles away from her is one of the things that keep me up at night. I completely understand that my tío has messed up, and must endure what comes, but maybe he can do that closer to his loved ones.

I immensely appreciate you taking time out of your day to consider my plea.

Respectfully submitted,

Leo Atalla

November 3, 2019


Dear Judge Maloney,


My name is Lucinda Atalla.  I am writing this letter on behalf of my brother Daniel Trevino. Danny has always been the kind of person who sees the good in others and can see from the perspectives of others. This had led him to be an empathetic and compassionate person. He has always had a creative and entrepreneurial mindset.  He models hard work and passion for doing what you believe. He recently went back to school to learn how to fix electric cars in order to have a solid and successful future.

He has been a good brother, always protective and there when I needed him. He has been a good uncle to my children. When my oldest wanted to try out for the football team his uncle told him if you want something, you have to put in the work and have the most heart for what you are doing.

Danny is a man of faith and has a strong relationship with God.  He is a father to a 4-year-old little girl whom he prays with daily.  His daughter splits her time between her mother and father and now with her grandmother since having her Father removed from her life. While she may not have the opportunity to live with her father, she should be allowed to maintain a relationship with him where she can visit him often.  A strong relationship with her father is imperative to developing a strong and positive sense of self. In an effort to reduce the impact of the trauma associated with abandonment, we are asking the court to show mercy with a lenient sentence and a placement in a facility near to Lansing as possible. Placing Danny in a facility too far away would be a hardship for his Mother and daughter to be able to visit on a regular basis. We pray that the court to be merciful to the needs of a 70-year-old mother and four year old daughter.

Our thoughts and prayers are with you as you make this decision that effects the lives of so many.


Thank you for your time,

Lucinda Atalla

Date:   November 4, 2019

To:     Hon. Paul Maloney

From:   Monica K. Trevino

RE:     Letter of support to place Daniel D. Trevino at FCI Milan

Dear Judge Maloney,

Daniel Trevino is my only brother.  I have known him my entire life as a supportive and loving family member.  I am writing to you to request that when you sentence him, you allow him to be housed at FCI Milan, close to family.

His youngest child, daughter Onaleah (her nickname is Nani), is 4 years old.  Nani is bright, curious, and loves her Papa.  Nani splits her time between her mother and my mom, Berta Garcia.  My mom is 70 years old and does an amazing job keeping Nani engaged in school and family events.  But Nani needs to see her Papa—in person—as much as possible and that can't happen unless he is close by enough for my mom to take her.  With a parent in prison, Nani will face a number of barriers to academic and social success[i].  A positive relationship with her father that includes in-person visits will help minimize those impacts and will help her reach her full potential.  Evidence indicates that "the long-term negative effects of parental incarceration may be mitigated if the child receives support throughout the incarceration period and is afforded opportunities to maintain contact with the parent."[ii]

Additionally, research indicates that "incarcerated people who maintain supportive relationships with family members have better outcomes – such as stable housing and employment – when they return to the community"[iii].  Recidivism rates for are lower for those who have maintained family contact during incarceration.  Housing Daniel at FCI Milan would cost nothing more to the federal government than housing him anywhere else but would allow for continued meaningful interaction between Daniel and his closest family members.  Housing him further away would have a profound and negative impact on the ability of his young daughter to cope with his absence and fully develop into the smart, social, happy child that she can become.

To support Nani in maintaining a meaningful relationship with her father, and in line with national evidence on the issue of lowering recidivism through family connection, please allow Daniel Trevino serve out his sentence at FCI Milan.

Thank you, Judge Maloney, for your time and consideration.

Respectfully,

Monica K. Trevino

---

[i] https://nij.ojp.gov/topics/articles/hidden-consequences-impact-incarceration-dependent-children
[ii] https://nij.ojp.gov/topics/articles/hidden-consequences-impact-incarceration-dependent-children
[iii] https://www.prisonlegalnews.org/news/2014/apr/15/lowering-recidivism-through-family-communication/

To whom it may concern,

I am writing this on behalf of Danny Trevino. I am his first cousin more than a brother than anything. I grew up with Danny and we did everything together. Danny has always been very outgoing and there is nothing that he wouldn't do for his family. He didn't have the easiest road growing up, but who does. He has a very loving family that he adores a lot. My Aunt Tia Bert was a hard worker and mother that provided for her family.

Danny is a very hard worker and provider for his family. Their is nothing that he wouldn't do to make sure that his family was taken care of. I know that it may seem like he has been in trouble but overall if you look at his contributions and what he has done for this community, it outweighs more than the trouble he has been involved.

I ask that you look at Danny Trevino as a person and not just another person in trouble. He deserves to be with his daughter and teaching her how to grow up as a young lady into a beautiful woman. If you take this away from him she will only know him on thoughts and memories of visiting him incarcerated. I don't believe this will do anything good for her and hope that you give him the opportunity to put this behind him and move forward. Please look at his character and not the mistakes that he may have made.

I know that their is a god and angles around him and hopefully you will see that everybody has a purpose in life and he has a plan for everybody. I hope that you will see that his plan for Danny is to be a good father but he cannot do that incarcerated.

I appreciate your consideration in this matter and may God bless you.

Paul Trevino
517-703-4135

Honorable Judge Paul Maloney                                  November 7, 2019


Re: Dan Trevino


I have been asked to give a character reference for Dan Trevino who was the best frieend  of my son
Dan Holloway.  They were inseparatable as friends.  Dan Trevino was a pallbearer at my Dans funeral.

He has always been polite, well mannered and behaved the same.  I worked with his father and knew
his mother; both well meaning, smart people.

Both Dans had normal behavior as teens.  I bought my son an old Camaro for Senior year.  They went
riding two/three times a week.
Almost always they were stopped by the Lansing Police.  I talked with them both many times (trying to
ascertain if their behavior was different outside).  I realized both their behaviors were normal and
finally ended telling them to be sure to respect the Police and their obvious **profiling.**   They did.

Although my son died in an accident more than ten years ago;  I have seen Dan Trevino several times
in Lansing.  He is still very respectful during inter actions and conversation.  During my many years of
experience with Dan Trevino, I have never heard him speak badly/or ill of anyone.

I have learned to listen to Dan Trevino during his youth/adulthood and will give good credit to his
conversation and thought always.


Obviously, he has grown into a man with good common sense. Please accept this as the highest of
personal references as possible.


Respectfully


Robt. Holloway
3233 S Washinton Ave.
Lansing, MI  48910
517-202-3127

10/27/19

Dear Judge Paul Mahoney,

I am writing this letter as a
character reference for Dan Trevino. Dan
grew up with my children. He was
constantly at our house and we considered
him as another son,

I have known Dan to be caring and loving
to his family and friends. After my son died
Dan was kind enough to let me visit
his work place. We just sat and talked
about our memories of my son and
him. Dan was so kind and considerate
during that time especially. We have
kept in touch on face book.

Please reconsider Dan's placement
and reassign him to a facility
closer to Lansing. His family and friends
would be very grateful.

Thank you for your kind consideration
in this matter.

Respectfully,

Sharon Hilton
5013 Winifred St
Wayne mi 48184

November 20, 2019

Honorable Judge Paul Maloney,

My name is Shirley Zigler and I am writing on behalf of Danny Trevino. I have known the family for a long time and Danny's mother, Berta, is my best friend. Berta and her family were brought up with a strong spiritual background, hardworking, loving and kind to each other and others. Berta has passed these characteristics on to her children. Danny is caring, compassionate, hardworking and not a violent or dangerous person. Danny could always be counted on to help the family when needed.

Berta's family is a large family with many brothers and sisters. All are successful and contribute to society. Danny himself started his own business as a pioneer entrepreneur and had many set backs being it was just beginning.  Now we see stores everywhere.

Danny is a man of faith, keeps a strong relationship with God and is teaching his 4-year-old daughter to do the same. His daughter, Nani, feels a loss with her dad gone and is afraid he won't come back. A child needs a strong relationship with their parents to develop a positive sense of self and being the mother isn't fully engaged, Danny has taken the responsibility seriously and is a good father. We are hoping that Danny can be placed in a facility near Lansing so the impact associated with abandonment trauma can be reduced and Nani can regularly visit her dad.

Despite the current situation, Danny is an honest individual, valuable to his family and a good person. I believe his only intention was to help people with his business under takings.
Being Danny's mother, Nani's Grandmother, is caring for the 4-year-old, we, family and friends, are hoping for a facility close to Lansing and would be grateful for any help on your behalf.

Thank you for your time and consideration.

Sincerely,

Shirley Zigler

Teresa Garcia Blom
906 Oakridge Drive
Jackson Michigan 49203

October 8,2019

Re: Daniel Dario Trevino
Federal File 1:18-cr-166

To: The Honorable Judge Paul Maloney

I have known Danny Trevino all of his life as he is my nephew. So it is safe to say that  clearly, you and I have a different view of Mr Trevino.

 I pray you allow me a moment to introduce you to my nephew. The Danny I have known and loved was born to Dario and Berta Trevino.  Unfortunately, his father was a loving, albeit an abusive alcoholic, and ultimately Berta had to remove her children and herself from an unhealthy home. Dario and my sister divorced and Berta raised three children as a single working mother.
Danny grew up wanting to help his mother as much as he could, to the extent that he could. Clearly, with no strong father presence and a mother with a firm hand my nephew experienced a different upbringing than his two sisters.  A sense of responsibility and an urgency to help and protect his mother and sisters led him down the road of as they say "hard knocks".
My nephew is not perfect because he is human. As humans we make mistakes.

The two consistent qualities that Danny possesses is his loyalty to his loved ones and his faith in God. It is this faith that his grandparents, my father the Late Leobardo and Maria Garcia instilled into all their children and grandchildren.
My father's determination to provide for all of his children's physical,emotional
And spiritual health is unsurpassed. It is with this same passion that my nephew set out to make a living and provide in the only way he knew how.

My nephew Danny Trevino is not a bad man. He is the most humane and kind person. In his life he has reached out to help those in need, friends and strangers alike.  Three years ago when an acquaintance's daughter committed suicide at the age of 14 due to severe bullying at school Danny stepped up and paid for the entire cost of the funeral services.
Every winter he makes sure that all his nieces and nephews and grandchildren have warm clothing, coats and hats.

The strays he would bring home to his mother's home were never dogs or cats. They were homeless lost  young men with no place to call home but the streets.

Danny has three children. Two older boys and the light of his life Onaleah (Nani).

Little Nani turned four years old on September 11. This is a day that marks tragedy in Our Nation's History .

It is also the day that Nani was born to a wayward, irresponsible mother who essentially handed her off to my sister Berta and my nephew to raise at three days old.

These days my sister, my 70 year old retired sister is responsible for Nani's care as her mother changes her visitation schedule on a whim.

Nani never truly bonded with her mother as an infant.  Now her father is gone, and there is no real way to explain her father's absence .

It is with such sadness that I have watched the transformation of such a small child transform from a happy, somewhat normal 4 year old to a small child pleading on her knees for " God, Please bring my Papi home".

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Danny Trevino to be an honorable individual,a valuable member of my family and a good human being.

I pray Your Honor for leniency for my nephew on behalf of all of us who love him.

I also pray that if it is within your power to decide where my nephew will serve out his time that you will consider Milan Correctional Facility. This location would allow his 70 year mother to take little Nani to visit her father.

Sincerely

Teresa Garcia-Blom

Teresa Garcia-Blom

To Whom It May Concern:

This is a character letter for Daniel Trevino.  My name is Tom Curtis, and I am a longtime State of Michigan employee and former local school board member.  I am also Dan's brother-in-law. I have known Dan for three years, and during that time I have spent time with Dan and observed him laughing and interacting with his family and children during gatherings such as Sunday dinners, holidays, and celebrations.

I have found Dan to be an honest man of high integrity; a kind, approachable person who would be willing and able to lend a listening ear, an empathetic embrace, and some loving wisdom to family and friends at any time.  A pillar in his family, it is part of Dan's nature to bring joy to the lives of those close to him; especially his four-year-old daughter.  It has been an enriching experience for me, also a father of young children, to watch and learn from Dan's interactions with his daughter.  Dan is passionate about fairness, a trait that is exemplified by the entire family.

One Halloween, my two little kids and I went trick-or-treating with my wife (Dan's sister), Dan, his daughter, and other family members.  Despite some pain while walking, Dan participated fully in the experience with his daughter and his family members.  His daughter will not remember a Halloween when her dad was too tired, or in pain, or distracted to not spend time with her.  He is never one to let his own challenges get in the way of being a present, loving father.

Dan has also participated in college courses for automotive repair along with his sons.  He is supportive of his sons, motivating them to live a life of integrity.  Dan is good example of service and generosity, and I observe the same traits of willingness to help out in his sons.  Dan sets the tone in the home with his loud laugh, beaming smile, and commitment to his entire family as a father, son, and brother.

With this letter, I ask for leniency in Daniel Trevino's sentence.  A man of Dan's integrity, commitment to and importance in his family, and generosity toward his community deserves the minimum sentence.  Dan belongs in the community providing for others; he is not a harm to his fellow man.  Further, I ask for sentencing that allows Dan to see, hold, and play with his daughter.  Dan and his daughter need to remain close during these critical times in their lives, and the nature of his crimes do not warrant robbing them of these years.

These events we are all living today will be forgotten by the world, but they will be remembered by Dan and his daughter; the only ones who will truly experience the impact of the decision for sentencing.  Their humanity deserves your thorough consideration.

I welcome any inquiry in regards to this letter at the contact information below.  Thank you for your time.


Sincerely,



Thomas L. Curtis

(517) 490-0200
tomcurtis4@gmail.com

**RAUL GARCIA**

**GRACE L. GARCIA**

**6010 BENTON RD.**

**JACKSON, MICHIGAN 49201**

**517-536-4220**

October 16, 2019

Honorable Paul Maloney

US District Court Judge

410 W. Michigan Ave.

Kalamazoo, Michigan 49007

Re: Danniel Trevino

Your Honor:

This letter is regarding the sentencing and placement of Danniel Trevino (Danny). By way of introduction we are Danny's Uncle and Aunt. We have known Danny all of his life.

While choosing not to discuss the merits of the charges, the trial and conviction of Danny, it does seem fitting to discuss his sentencing and placement for serving the time the court imposes upon him as well as who the Danny we know truly is. Danny is a kind loving soul. He has a smile that is always ready to warm your heart. Family means the world to him. Danny is not and has never been a violent person and the crime he has been convicted of is not a violent crime.

As the court is aware, Danny has a young preschool daughter. This separation will have a great impact on her. Danny has always been and continues to be a man of great faith and a devoted father. He has taught his daughter about his faith and has taught her to pray. His presence in his daughter's life even though they are to be separated is of great importance to her development. There are far too many children growing up with no father in their lives. While this is not the ideal situation, it will be better to have Danny close so he can still be a presence in her young life. While some may Danny should have thought of that, it is unfair to punish her while punishing him. If Danny is placed in a facility a great distance from his daughter it will make it very difficult for her to be taken to see him.

Danny has always been his daughter's primary caregiver. While the legal primary caregiver of Danny's daughter is now her mother, his 70-year-old mother has taken over his role as caregiver. She has his daughter the majority of the time as Danny did previously. As a grandmother she has taken on a great role in this child's life. It not only includes day to day care

but now will also include teaching her about her father and seeing to it that she has visits with him.

Danny's mother is also involved in the care of her 90-year-old mother who lives about 35 miles away from her. Because Danny's mother has medical difficulty driving after dark placement of Danny in any facility a great distance from his mother's home will create a tremendous and potentially unsafe burden upon his mother.

Because of these circumstances we are hereby respectfully requesting the court place Danny in a facility close to his mother's home in Lansing, Michigan.

Thank you for your time in reading and considering our request.


Sincerely:


Raul Garcia


Grace L. Garcia