# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Daniel Dario Trevino  
**DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:18-cr-166 | 1/28/2020 | 9:37 a.m. - 10:56 a.m.<br>11:14 a.m. - 11:51 a.m. | Grand Rapids | |

### APPEARANCES

**Government:** Daniel T. McGraw  
**Defendant:** J. Nicholas Bostic and Stuart Friedman  
**Counsel Designation:** Retained

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendre
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention (waived __)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [x] Sentencing
- [ ] Trial
- [ ] Other: ____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: ____

### CHANGE OF PLEA
Charging Document:
- [ ] Read
- [ ] Reading Waived

Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

**Imprisonment:** See Below  
**Probation:** n/a  
**Supervised Release:** See Below  
**Fine:** $ 10,000.00  
**Restitution:** $ 0.00  
**Special Assessment:** $ 1,000.00

Plea Agreement Accepted: [ ] Yes [ ] No  
Defendant informed of right to appeal: [x] Yes [ ] No  
Counsel informed of obligation to file appeal: [x] Yes [ ] No  

Conviction Information:  
  Date: 8/23/2019  
  By: Jury Trial  
  As to Count(s): See Below

**ADDITIONAL INFORMATION:**  
Defendant sentenced to 188 months imprisonment on Counts 1, 2, 6, 8, 9, 10, and 7 and 60 months imprisonment on Counts 3, 4, and 5, all counts concurrent, followed by 4 years supervised release on Counts 1 and 7, 3 years supervised release on Counts 2, 6, 8, 9, and 10, and 2 years supervised release on Counts 3, 4, and 5, terms concurrent; Defendant's request for stay of execution of judgment is denied, defendant can renew through filing written motion; Atty Bostic's motion to withdraw is granted

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |