UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:18-cr-166-01

DANIEL DARIO TREVINO,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER DENYING MOTION FOR STAY OF EXECUTION OF JUDGMENT AND GRANTING MOTION TO WITHDRAW AS COUNSEL

In accordance with the Bench Opinion issued by the Court on January 28, 2020:

**IT IS HEREBY ORDERED** that Defendant Trevino's oral motion for a stay of execution of the judgment in this case pending appeal, made at the conclusion of the sentencing hearing, is DENIED WITHOUT PREJUDICE for the reasons stated on the record. Defendant may file a written motion for the Court's consideration.

**IT IS FURTHER ORDERED** that the Attorney J. Nicholas Bostic's oral motion to withdraw as counsel for Defendant Trevino, made at the conclusion of the sentencing and Defendant Trevino having consented to the motion on the record, is GRANTED for the reasons stated on the record.

Dated: January 29, 2020                                        /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge